# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | Case No:   18-21273 |
|    Terri Son | ) | |
|       Debtor | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:   Timothy A. Barnes |

## NOTICE OF MOTION

**To:** Terri Son, 4221 Saratoga Ave105A, Downers Grove, IL, 60515

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

William Demchak, CEO, PNC Bank, 222 Delaware Ave, Wilmington, DE 19899 (by certified mail)

**PLEASE TAKE NOTICE** that on **April 30, 2020 at 1:30 pm** I shall appear before the Honorable Judge **Timothy A. Barnes** at 219 S. Dearborn, Courtroom 744, Chicago IL 60604 and then and there present the attached **MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**, a copy of which is attached hereto. A party who objects to this motion and wants it called must file a Notice of Objection no later than two business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**By:**    */s/ Dale Allen Riley*
            Dale Allen Riley

## CERTIFICATE OF SERVICE

I, Dale Allen Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 4/23/2020.

**By:**    */s/Dale Allen Riley*
            Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):   877.247.1960

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 18-21273 |
| Terri Son ) | | |
| Debtor ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Timothy A. Barnes |

### MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

NOW COMES the Debtor, Ms. Terri Son (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO COMPEL COMPLIANCE WITH SUBPOENA,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 07/30/2018.

3. The Debtor was authorized to issue discovery against PNC Bank on 4/4/2019.

4. PNC Bank responded to a prior subpoena issued by the Debtor advising that no records existed that were responsive to the Debtor's request.

5. Based on that response the Debtor mailed a subpoena to PNC with a broader request (with identifying Social Security information), to guard against the possibility that the Debtor had misidentified the relevant account number.

6. Since that subpoena was mailed to PNC the COVID-19 pandemic has significantly impacted regular business functioning and the Debtor believes that noncompliance during this period is not indicative of any intentional attempt to avoid compliance.

7. Notwithstanding those facts, the Debtor's bank records from 2011-2012 are necessary for the Chapter 13 Trustee to schedule a further hearing to resolve the pending objection to her claim of exemptions.

WHEREFORE THE DEBTOR, Ms. Terri Son, respectfully requests this Honorable Court enter an order directing PNC Bank to comply with the subpoena mailed to them on 3/18/2020 and for any further relief that this Court deems appropriate.

**By:**     _/s/ Dale Allen Riley_
Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960