# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __Illinois__

In re __Terri Son__  
        Debtor

Case No. __18-21273__

Chapter __13__

## SUBPOENA FOR RULE 2004 EXAMINATION

To: __PNC Bank__  
*(Name of person to whom the subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE Geraci Law, LLC<br>55 E. Monroe, Suite 3400<br>Chicago, IL 60603 | DATE AND TIME<br>On or before 4/2/2020 |
|---|---|

The examination will be recorded by this method: __Submission of documents__

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

Any statements from September, 2011 through December, 2012 for any depository account whose holder was named Terri Son with a Social Security Number ███████

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __3/18/2020__

CLERK OF COURT

                                  OR         */s/*

_____      _____  
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __Terri Son__, who issues or requests this subpoena, are:

Dale Riley, Geraci Law, LLC, 55 E. Monroe, Suite 3400, Chicago, IL 60603. ndil@geracilaw.com. (312) 332-1800.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Doucher, MC [illegible]
222 [illegible] Av
Wilmington, DE 19899

9590 9402 5263 9154 0995 33

2. Article Number (Transfer from service label)

7019 2970 0001 6524 1127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 3/23/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[postmark: WILMINGTON DELAWARE 19801 MAR 23 2020]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt